**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Tisha Suttles and Alan Jennings, Defendants,

Of whom Alan Jennings is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-002147

———————————

Appeal From Spartanburg County
Kelly Pope-Black, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-214
Submitted April 28, 2016 – Filed May 11, 2016

———————————

**AFFIRMED**

———————————

Richard Whitney Allen, of The Law Offices of Richard
W. Allen, L.L.C., of Laurens, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the guardian ad litem.

————————

**PER CURIAM:**  Alan Jennings appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Jennings's counsel.

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.